v.

**STATE of Missouri,
Defendant/Respondent.**

No. 59072.

Missouri Court of Appeals,
Eastern District,
Division One.

May 28, 1991.

**Samual MASSA, Defendant–Appellant,**

v.

**STATE of Missouri,
Plaintiff–Respondent.**

No. 59153.

Missouri Court of Appeals,
Eastern District,
Division One.

May 28, 1991.

Marcie W. Bower, Columbia, for defendant-appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

## ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion for post conviction relief without an evidentiary hearing. Movant's failure to file a timely motion constitutes a complete waiver of his right to proceed under Rule 29.15. The judgment of the motion court is affirmed pursuant to Rule 84.16(b).